DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAVIER JIMENEZ-JIMENEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1463

[August 24, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 2010CF000203C.

Javier Jimenez-Jimenez, Daytona Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***